**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH P. GUARRASI** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **TAMMY FERGUSON, Superintendent,** | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF BUCKS and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 17-2945** |

<u>**ORDER**</u>

**NOW**, this 8th day of August, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the respondents' Answer in Opposition to Petition for *Habeas Corpus* Relief, the Reply of Petitioner to Respondent's Answer, and the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 8) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1.     The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2.     The Petition for Writ of *Habeas Corpus* is **DENIED**; and

3.     There is no probable cause to issue a certificate of appealability.

<u>/s/ TIMOTHY J. SAVAGE J.</u>